UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>AMANDA MARIE DAHLEN,<br><br>  Defendant. | Case No. 2:13-CR-294-BLW<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on August 4, 2014, this Court entered a Preliminary Order of Forfeiture (ECF No. 33) consisting of a personal money judgment against the defendant in the amount of $6,000.00, pursuant to the provisions of 21 U.S.C. § 853, and based upon the Rule 11 Plea Agreement (filed under seal) entered into in the above case between AMANDA MARIE DAHLEN and the United States;

WHEREAS, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, the Preliminary Order became final as to the defendant on September 2, 2014; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

FINAL ORDER OF FORFEITURE - 1

DECREED that the United States' Motion for Final Order of Forfeiture (docket no. 46) is GRANTED and the defendant AMANDA MARIE DAHLEN shall forfeit to the United States the sum of $6,000.00, pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $6,000.00 to satisfy the money judgment in whole or in part.

DATED: October 3, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court